| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____     Chapter    **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Hudson Hospitality Holdings, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **45-4611061** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**9 Whitehall Avenue**<br>**Mystic, CT 06355**<br>Number, Street, City, State & ZIP Code<br><br>**New London**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor　**Hudson Hospitality Holdings, LLC**　　　　Case number (*if known*)
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____　　　Relationship _____
District _____　When _____　Case number, if known _____

Debtor  **Hudson Hospitality Holdings, LLC** _____ Case number (*if known*) _____
Name

11. **Why is the case filed in *this district?*** *Check all that apply:*
   - ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
   - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
   - ■ No
   - ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes.  Insurance agency _____
     Contact name _____
     Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**  *Check one:*
   - ■ Funds will be available for distribution to unsecured creditors.
   - ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
   - ■ 1-49
   - ☐ 50-99
   - ☐ 100-199
   - ☐ 200-999
   - ☐ 1,000-5,000
   - ☐ 5001-10,000
   - ☐ 10,001-25,000
   - ☐ 25,001-50,000
   - ☐ 50,001-100,000
   - ☐ More than 100,000

15. **Estimated Assets**
   - ☐ $0 - $50,000
   - ☐ $50,001 - $100,000
   - ☐ $100,001 - $500,000
   - ☐ $500,001 - $1 million
   - ■ $1,000,001 - $10 million
   - ☐ $10,000,001 - $50 million
   - ☐ $50,000,001 - $100 million
   - ☐ $100,000,001 - $500 million
   - ☐ $500,000,001 - $1 billion
   - ☐ $1,000,000,001 - $10 billion
   - ☐ $10,000,000,001 - $50 billion
   - ☐ More than $50 billion

16. **Estimated liabilities**
   - ☐ $0 - $50,000
   - ☐ $50,001 - $100,000
   - ☐ $100,001 - $500,000
   - ☐ $500,001 - $1 million
   - ■ $1,000,001 - $10 million
   - ☐ $10,000,001 - $50 million
   - ☐ $50,000,001 - $100 million
   - ☐ $100,000,001 - $500 million
   - ☐ $500,000,001 - $1 billion
   - ☐ $1,000,000,001 - $10 billion
   - ☐ $10,000,000,001 - $50 billion
   - ☐ More than $50 billion

Debtor **Hudson Hospitality Holdings, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 17, 2017**
MM / DD / YYYY

X **/s/ Madeline Penachio-Konigsberg**          **Madeline Penachio-Konigsberg**
Signature of authorized representative of debtor          Printed name

Title   **The Debtor's Sole Member**

**18. Signature of attorney**

X **/s/ James Berman**          Date **May 17, 2017**
Signature of attorney for debtor          MM / DD / YYYY

**James Berman**
Printed name

**Zeisler & Zeisler, P.C.**
Firm name

**10 Middle Street, 15th Floor**
**P.O. Box 1220**
**Bridgeport, CT 06604**
Number, Street, City, State & ZIP Code

Contact phone  **(203) 368-4234**          Email address

**ct06027**
Bar number and State

# HUDSON HOSPITALITY HOLDINGS, LLC

## WRITTEN CONSENT BY SOLE MEMBER

The undersigned, being all of the sole member of Hudson Hospitality Holdings LLC, a Connecticut limited liability company (the "Company"), hereby consents to the following actions on behalf of the Company and by signing this Consent hereby certifies that she is duly authorized to execute this Consent on behalf of the Company.

**RESOLVED,** that the Company (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), (ii) if the circumstance arises prior to filing such a petition making necessary or convenient (a) consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (b) consent to the entry of an order for relief and convert an involuntarily commenced Chapter 7 case to a case under Chapter 11 and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

**FURTHER RESOLVED**, that the law firm of Zeisler & Zeisler, P.C. shall be, and it hereby is, authorized and empowered to represent the Company, as bankruptcy counsel, and the law firm of Cummings and Lockwood, LLC., be, and it hereby is, authorized and empowered to represent the Company in the Company's Chapter 11 case; and

**FURTHER RESOLVED**, the resolutions set forth in this Consent do not conflict with any order of any court or bylaw or regulation of the Company nor have such resolutions been in any way altered, amended or repealed and are in full force and effect, unrevoked and un-rescinded as of this date.

[*Signature page follows*.]

**IN WITNESS WHEREOF**, the undersigned, being the sole member of the Company, have caused this instrument to be signed as of the 16th day of May, 2017.

/ s / Madeline Penachio-Konigsberg
Madeline Penachio-Konigsberg
Sole Member of Hudson Hospitality Holdings, LLC

Fill in this information to identify the case:
- Debtor name: **Hudson Hospitality Holdings, LLC**
- United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**
- Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**[*]    **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Zulfikar Jafri<br>74 Holmes Avenue<br>Darien, CT 06820 | | | Disputed | | | $800,000.00 |
| Michele Salvatore<br>c/o Michael A. Zamat<br>Peterson Zamat, LLC<br>2000 Post Road, Suite 205<br>Fairfield, CT 06824 | | Principal: $12,500<br>Late Fees: $531,000 | Disputed | | | $543,500.00 |
| Patricia Montagnino<br>c/o Michael A. Zamat<br>Peterson Zamat, LLC<br>2000 Post Road, Suite 205<br>Fairfield, CT 06824 | | | Disputed | | | $462,925.00 |
| Thomas Montagnino<br>c/o Michael A. Zamat<br>Peterson & Zamat, LLC<br>2000 Post Road, Suite 205<br>Fairfield, CT 06824 | | | Disputed | | | $340,000.00 |
| Agha Jafri<br>50 Evergreen Row<br>Armonk, NY 10504-2210 | | | Disputed | | | $250,000.00 |

[*]**Note: Due to the unavailability of the Debtor's hotel manager, the amounts due on the list of the Debtor's twenty general unsecured creditors (the "List") are approximations, and the Debtor reserves its right to amend the List and the characterization of the claims. Nonetheless, the Debtor believes that its twenty largest general unsecured creditors are on the List.**

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Hudson Hospitality Holdings, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Motel Hotel Broker's AMHB Arizona, LLC**<br>Attn: Pres, GP or Mng Member<br>6232 North 7th St, Suite 101<br>Phoenix, AZ 85014 | | **Broker for pending sale** | | | | $190,000.00 |
| **M2 Leasing**<br>Attn: Pres, GP or Mng Member<br>175 N Patrick Boulevard<br>Suite 140<br>Brookfield, WI 53045 | | | **Disputed** | | | $175,000.00 |
| **State of Connecticut Dept of Revenue Services**<br>Audit Division<br>450 Columbus Boulevard<br>Hartford, CT 06103 | | **Room Occupancy Tax - $153,287.77 Sales & Tax Use: $2,149.16** | | | | $155,436.93 |
| **Wyndham Hotel Group**<br>Attn: Pres, GP or Mng Member<br>22 Sylvan Way<br>Parsippany, NJ 07054 | | **Liquidated Damages** | **Disputed** | | | $147,000.00 |
| **All Pro HVAC, LLC**<br>Attn: Pres, GP or Mng Member<br>49 Waterbury Road<br>Suite A<br>Prospect, CT 06712 | | | | | | $110,000.00 |
| **Advantage+**<br>Attn: Pres, GP or Mng Member<br>13400 Bishop Lane<br>Suite 280<br>Brookfield, WI 53005 | | | **Disputed** | | | $100,000.00 |
| **Wyndham Hotel Group**<br>Attn: Pres, GP or Mng Member<br>22 Sylvan Way<br>Parsippany, NJ 07054 | | **Franchise Fees** | **Disputed** | | | $60,000.00 |

Debtor **Hudson Hospitality Holdings, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Booking.com** <br> **Attn: Pres, GP or Mng Member** <br> **800 Connecticut Avenue** <br> **Norwalk, CT 06854** | | | | | | $25,000.00 |
| **Eversource** <br> **Attn: Pres, GP or Mng Member** <br> **107 Selden Street** <br> **Berlin, CT 06037** | | | | | | $25,000.00 |
| **HD Supply Facilities Maint.** <br> **Attn: Pres, GP or Mng Member** <br> **P.O. Box 509058** <br> **San Diego, CA 92150-9058** | | | | | | $22,342.00 |
| **Lowes** <br> **Attn: Pres, GP or Mng Member** <br> **P.O. Box 530954** <br> **Atlanta, GA 30353** | | | | | | $15,768.00 |
| **Stonington WPCA** <br> **Attn: Pres, GP or Mng Member** <br> **152 Elm Street** <br> **Stonington, CT 06378** | | | | | | $15,309.96 |
| **Home Depot** <br> **Attn: Pres, GP or Mng Member** <br> **P.O. Box 20483** <br> **MO 64915** | | | | | | $15,000.00 |
| **City Line Foods** <br> **Attn: Pres, GP or Mng Member** <br> **20 Industry Drive Ext** <br> **West Haven, CT 06516** | | | | | | $15,000.00 |
| **Active Telephones** <br> **Attn: Pres, GP or Mng Member** <br> **221 Broad Street** <br> **Milford, CT 06460** | | | | | | $13,000.00 |

# United States Bankruptcy Court
### District of Connecticut

In re   **Hudson Hospitality Holdings, LLC**                      Case No.       
Debtor(s)                Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX*

I, the The Debtor's Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 17, 2017**                     **/s/ Madeline Penachio-Konigsberg**
                                                     **Madeline Penachio-Konigsberg**/**The Debtor's Sole Member**
                                                     Signer/Title

***Note: Due to the unavailability of the Debtor's hotel manager, the matrix of creditors may be incomplete, and the Debtor reserves the right to amend the matrix. Nonetheless, the Debtor has made a good faith effort to list all of its creditors and believes that all of its major creditors are set forth on the matrix.**

```
State of CT
Dept of Revenue Services
C&E Div, Bankruptcy Section
25 Sigourney St.
Hartford, CT 06106


U.S. Department of Justice
Attn:  Loretta Lynch, Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


US Attorney's Office,New Haven
Attn: Christine Sciarrino, Esq
Assistant US Attorney
57 Church Street, Floor 25
New Haven, CT 06510


Internal Revenue Service
Centralized Insolvency operation
P.O. Box 7346
Philadelphia, PA 19101-7346


9 Whitehall Avenue Lender
c/o Michael Mekles
2050 Center Avenue
Suite 400
Fort Lee, NJ 07024


Active Telephones
Attn: Pres, GP or Mng Member
221 Broad Street
Milford, CT 06460


Advantage+
Attn: Pres, GP or Mng Member
13400 Bishop Lane
Suite 280
Brookfield, WI 53005


Agha Jafri
50 Evergreen Row
Armonk, NY 10504-2210
```

```
All Pro HVAC, LLC
Attn: Pres, GP or Mng Member
49 Waterbury Road
Suite A
Prospect, CT 06712


American Motel Hotel Broker's
AMHB Arizona, LLC
Attn: Pres, GP or Mng Member
6232 North 7th St, Suite 101
Phoenix, AZ 85014


Aquarion Water
Attn: Pres, GP or Mng Member
600 Lindley Street
Bridgeport, CT 06606


Booking.com
Attn: Pres, GP or Mng Member
800 Connecticut Avenue
Norwalk, CT 06854


Booking.com
Attn: Pres, GP or Mng Member
CEO: Gillian Tans
Postbus 1639-1000 BP Amsterdam
Netherlands


Booking.com B.V.
Attn: Pres, GP or Mng Member
Herengracht 597
1017 CE Amsterdam
Netherlands


Carbon Waffles
Attn: Pres, GP or Mng Member
4101 William Richardson Drive
South Bend, IN 46628


City Line Foods
Attn: Pres, GP or Mng Member
20 Industry Drive Ext
West Haven, CT 06516
```

```
Daniels Equipment
Attn: Pres, GP or Mng Member
45 Priscilla Lane
Auburn, NH 03032


Direct Travel
Attn: Pres, GP or Mng Member
95 North State
Route 17
Paramus, NJ 07652


Direct TV
Attn: Pres, GP or Mng Member
P.O. Box 5007
Carol Stream, IL 60197


Eversource
Attn: Pres, GP or Mng Member
107 Selden Street
Berlin, CT 06037


HD Supply Facilities Maint.
Attn: Pres, GP or Mng Member
P.O. Box 509058
San Diego, CA 92150-9058


Home Depot
Attn: Pres, GP or Mng Member
P.O. Box 20483
MO 64915


Lathrop Vending
Attn: Pres, GP or Mng Member
152 Norwich New London Tpke
Uncasville, CT 06382


Lowes
Attn: Pres, GP or Mng Member
P.O. Box 530954
Atlanta, GA 30353


M2 Leasing
Attn: Pres, GP or Mng Member
175 N Patrick Boulevard
Suite 140
Brookfield, WI 53045
```

```
Madeline M. Penachio-Konisberg
2087 Fairfield Beach Road
Fairfield, CT 06824


Madeline Penachio-Konigsberg



Michele Salvatore
c/o Michael A. Zamat
Peterson Zamat, LLC
2000 Post Road, Suite 205
Fairfield, CT 06824


Nestle Water North America
Attn: Pres, GP or Mng Member
900 Long Ridge Road
Stamford, CT 06902


Patricia Montagnino
c/o Michael A. Zamat
Peterson Zamat, LLC
2000 Post Road, Suite 205
Fairfield, CT 06824


Shoreline Locksmith
Attn: Pres, GP or Mng Member
95 Ann Avenue
Mystic, CT 06355


SimplexGrinnell Limited Pship
c/o Howard E. Kantrovitz
Gesmonde, Pietrosimone, et al
3127 Whitney Avenue
Hamden, CT 06518-2344


State of Connecticut
Dept of Revenue Services
Audit Division
450 Columbus Boulevard
Hartford, CT 06103


Stonington WPCA
Attn: Pres, GP or Mng Member
152 Elm Street
Stonington, CT 06378
```

```
Thomas Montagnino
c/o Michael A. Zamat
Peterson & Zamat, LLC
2000 Post Road, Suite 205
Fairfield, CT 06824


Town of Stonington
Attn: Clerk
152 Elm Street
Stonington, CT 06378


US Foods, Inc.
Attn: Pres, GP or Mng Member
P.O. Box 842700
Boston, MA 02284-2700


Waltham Pest Services
Attn: Pres, GP or Mng Member
368 Broad Street
New London, CT 06320


Willimantic Waste
Attn: Pres, GP or Mng Member
185 Recycling Way
Willimantic, CT 06226


Wyndham Hotel Group
Attn: Pres, GP or Mng Member
22 Sylvan Way
Parsippany, NJ 07054


Zulfikar Jafri
74 Holmes Avenue
Darien, CT 06820
```