# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
May 17, 2017

In re:
Hudson Hospitality Holdings, LLC
Debtor*

Case Number: 17−20717 jjt
Chapter: 11

**DEFICIENCY NOTICE AND
NOTICE OF DISMISSAL OF CASE FOR FAILURE TO CURE DEFICIENCY**

The above−referenced case was commenced on May 17, 2017 (hereafter, the "Petition Date") with the following Petition Date Deficiencies indicated below:

### I. DOCUMENTS REQUIRED TO BE FILED WITH THE PETITION OR WITHIN FOURTEEN DAYS OF THE PETITION

(Not filed to date or incorrectly filed as indicated by check mark below)

**NOTICE** is hereby given that the in accordance with the applicable provisions of 11 U.S.C. § 521, Federal Rule of Bankruptcy Procedure 1007, and Local Rules of Bankruptcy Procedure 1007−1 and 1007−2, the documents listed below, and not filed to date or incorrectly filed to date, must be filed with the Court within fourteen days of the Petition Date:

☐ Statement of Social Security Number (Official Form B121)

☐ Mailing Matrix

☑ Schedules A/B, C, D, E/F, G, H, I, J (Official Forms B106A/B−B106J2 for Individuals, Official Forms B206A/B−B206H for Non−Individuals, Schedule C is not required for Non−Individual debtor) **MISSING SCHEDULES A/B, D, E/F, G & H**

☑ Summary of your Assets and Liabilities and Certain Statistical Information (Official Form B106Sum for Individuals, Official Form B206Sum for Non−Individuals)

☑ Statement of Financial Affairs (Official Form B107 for Individuals, Official Form B207 for Non−Individuals)

☑ Attorney's Disclosure of Compensation (Directors Form B2030)

☐ Credit Counseling Certificate (See 11 U.S.C. § 521 (b)(1)), Motion for Determination of Exigent Circumstances (See § 109(h)(3)), or Motion for Exemption from Credit Counseling (See § 109(h)(4)). See Bankruptcy Rules 1007(b) and (c).

☐ Chapter 11 Statement of your Current Monthly Income (Chapter 11 Individuals only) (Official Form B122B)

☐ List of Creditors who have the 20 Largest Claims against you and are not Insiders (Official form B104 for individuals, Form B204 for Non−Individuals)

☑ Declaration about Debtor's Schedules (Offical Form B106dec for Individuals, Form B206dec for

Non–Individuals)

☐ Bankruptcy Petition Preparers Notice, Declaration and Signature (Official Form B119)

☐ List of Equity Security Holders

☒ Statement of Corporate Ownership (Corporations Only)

## II.    REQUIRED FILING FEE

**NOTICE** is further given that pursuant to Federal Rule of Bankruptcy Procedure 1006(a), every petition shall be accompanied by the filing fee prescribed by U.S.C. § 1903(a)(1)–(a)(5).

☐ Filing fee not paid

## III.    DISMISSAL OF CASE FOR FAILURE TO CURE DEFICIENCY/DEFICIENCIES

**YOU ARE HEREBY NOTIFIED** that failure to timely file and/or correctly file any of the above indicated documents and/or pay the required filing fee within fourteen days of the Petition Date **shall** result in the **DISMISSAL** of your case.

**YOU ARE FURTHER NOTIFIED**, that if you filed an application to pay the filing fee in installments, failure to pay the full filing fee by the final installment due date or any due date extended in accordance with Federal Rules of Bankruptcy Procedure 1006(b), **shall** result in the **DISMISSAL** of your case.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Dated: May 17, 2017

BY THE COURT

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 119 – ts

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.